

Monday, April 21, 2014

No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 8, 2014.

No. 14–0524/MC. U.S. v. Troy B. Norman. CCA 201300152. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 8, 2014.

Tuesday, April 22, 2014

No. 14–5007/AF. U.S. v. Steven S. Morita. CCA 37838. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue: